AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### WESTERN District of TEXAS

FILED
December 08, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jackson__
DEPUTY

| | |
|---|---|
| United States of America </br> v. </br> Antonio Alcala (1) </br> aka Edgar Gonzalez-Mata </br> Julio Mireles (2) </br> *Defendant(s)* | Case No. SA-21-MJ-01379 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 7, 2021__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841(a)(1), 841(b)(1)(A); | -Conspiracy to distribute and possess with intent to distribute more than 500 grams of a mixture or substance containing methamphetamine; |
| 21 USC 841(a)(1), 841(b)(1)(A); | -Possession with intent to distribute more than 500 grams of a mixture or substance containing methamphetamine; |
| 18 USC 922(g)(5)(A) | -Alien in possession of a firearm </br> PENALTIES: 10 years to life imprisonment, $10,000,000 fine, 5 years to life supervised release; 100 mandatory special assessment; </br> Up to 10 years imprisonment, $250,000 fine, 3 years supervised release; $100 mandatory special assessment |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature
Joseph Evan, DEA Special Agent
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: December 8, 2021 at 1:31 p.m.

City and state: San Antonio, Texas

_____
Judge's signature
Elizabeth S. Chestney, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## BACKGROUND AND EXPERIENCE

I, Joseph Evans, being duly sworn, do depose and state:

I have been employed as a Special Agent with the DEA since January 2020 and am presently assigned to the DEA, San Antonio District Office (Group D-54). I am a law enforcement officer of the United States within the meaning of Title 18, US Code 2510(7), who is empowered to conduct investigations of, and make arrests for, narcotics offenses enumerated in Title 21, United States Code. I have received training in the investigation of federal drug and money laundering crimes, including, but not limited to Title 21 US Code 841, 846 and 959 and Title 18, US Code 2, 1956 and 1957. I have discussed with numerous law enforcement officers, defendants, and informants, the methods and practices used by chemical and narcotic distributors. I have acted in an undercover capacity and conducted numerous narcotic transactions. I have been an affiant on several federal and state complaints and warrants.

## PROBABLE CAUSE

On December 7, 2021, at approximately 4:30 PM, law enforcement officers saw a red Chevrolet Silverado bearing Texas tag PJH9655 commit a traffic infraction (failure to signal) near S. Zarzamora Street and Brady Blvd. SAPD marked units conducted a traffic stop of the Silverado near the 1500 Block of Brady Blvd. Once the vehicle came to a complete stop, the driver, later identified as Antonio ALCALA, and the passenger, later identified as Julio MIRELES, both exited the vehicle and started running westbound on Brady Blvd and US-90. SAPD officers were in uniform with badges and gun belts. SAPD officers gave verbal commands to ALCALA and MIRELES to stop, but ALCALA and MIRELES kept running.

A short time later, SAPD officers and DEA agents apprehended ALCALA and MIRELES near the intersection of US-90 and S. General McMullen Drive, and detained them for further investigation. An SAPD K-9 unit responded to the scene. A narcotics detection dog conducted a free air sniff and alerted to the rear driver's side of the vehicle. Law enforcement officers found a duffle bag inside that held nine plastic grocery bags. Inside the grocery bags was a clear crystal-like substance. A narcotic field test was conducted upon the crystal-like substance which had a positive presumptive reaction for the presence of crystal methamphetamine. The crystal methamphetamine weighed approximately nine kilograms.

In addition, law enforcement officers located a two-tone Springfield Armory XD-S 9mm pistol (serial # XS930932) inside the center console of the vehicle. It was loaded with a magazine that held eight rounds. The frame of the pistol was stamped, "MADE IN CROATIA".

Both ALCALA and MIRELES had Mexican identification cards. After receiving Miranda warnings, ALCALA stated that he was in the United States illegally, and MIRELES stated that he has previously been arrested for illegal re-entry into the United States.

Based upon the foregoing, I submit that there is probable cause to believe that on December 7, 2021, ALCALA and MIRELES violated Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 922(g)(5)(A).

_____
DEA Special Agent
Joseph Evans, III

Subscribed and sworn to telephonically on _____December 8_____, 2021

_____
HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE